UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JORGE RAFAEL CAVAZOS § | |
| § | CIVIL ACTION NO. **6:23-cv-00050** |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| GUADALUPE STONE, LLC § | |
| § | |
| Defendant § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, JORGE RAFAEL CAVAZOS, Plaintiff, and GUADALUPE STONE, LLC, Defendant, have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

1.  Plaintiff is Jorge Rafael Cavazos; Defendant is Guadalupe Stone, LLC.

2.  Plaintiff moves to dismiss the suit.

3.  Defendant, who has filed a responsive pleading, agrees to the dismissal of this suit.

4.  This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5.  This case is not governed by any federal statute that requires a court order for the dismissal of the case.

6.	Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

7.	This dismissal is with prejudice.

DATED:	November 27, 2023	FOR JORGE RAFAEL CAVAZOS, Plaintiff

                                                BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID 13098
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 – Fax
rbtharpe@aol.com

DATED:	November 27, 2023	FOR GUADALUPE STONE, LLC, Defendant

                                                BY:   */S/ Casey T. Cullen*
Casey T. Cullen
Southern District of Texas Bar No. 1130427
119 South Main Street (77901)
Post Office Box 2938
Victoria, Texas 77902
Tel: (361) 573-6318
Fax: (361) 573-2603
ccullen@cullenlawfirm.com