United States District Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JORGE RAFAEL CAVAZOS, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 6:23-CV-00050 |
| | § | |
| GUADALUPE STONE, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 9); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, it is **ORDERED** that all current settings before the Court are **CANCELED**, and any pending motions are **DENIED without prejudice as mooted** by the settlement announced in this case. Further, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
November 27, 2023